AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA
v.
Julda Parsoy-Calel

**APPEARANCE**

Case Number: 1:06-M-51M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ms. Parsoy-Calel

I certify that I am admitted to practice in this court.

5-12-6
Date

[signature]
Signature

Kevin Fitzgerald 5775
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number