# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Julda Pansoy-Calel

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06M51M

I, Ms. Pansoy-Calel, charged in a (complaint) (petition) pending in this District with Transfer of Fraud Ident. Documents in violation of Title 18, U.S.C., 1028(a)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Julia Pansoy
Defendant

5-12-6
Date

[signature]
Counsel for Defendant