**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-M-51M** |
| | ) | |
| **JULIA PANSOY-CALEL** | ) | |

**MOTION TO WITHDRAW**

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Ms. Pansoy-Calel has retained private counsel to represent her in this matter.

Respectfully submitted,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered on the 24th day of May 2006 a true copy of the within motion to Richard Rose, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.