**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

June 1, 2006

Robert B. Mann, Esq.
Mann & Mitchell
610 Turks Head Place
Providence, Rhode Island 02903

Re: Speedy Trial Act Waiver in
U.S. v. Julia Pansoy-Calel Case No. 1:06-M-51-M

Dear Attorney Mann:

This letter is written to memorialize the agreement entered into by your client, Julia Pansoy-Calel, and the United States.

1. Ms. Pansoy-Calel was arrested and charged on May 11, 2006 with four counts of transferring false identification documents in violation of 18 U.S.C. § 1028(a)(2) . Due to the arrest, the Speedy Trial Act requires that an indictment or information be filed within 30 days of that arrest. 18 U.S.C. §3161(b).

2. On May 26, 2006, the parties agreed that a period of time should be excluded from that 30-day period, pursuant to 18 U.S.C. §3161(h), so that the parties could engage in plea discussions which might resolve this matter. Specifically, it was agreed that the period to be excluded began on May 26, 2006 (subject to Court approval) through and including June 30, 2006 ("period of plea negotiations").

3. You and your client, Ms. Pansoy-Calel agree that the period of plea negotiations will be excluded from the Speedy Trial Act calculations; further, Ms. Pansoy-Calel knowingly and voluntarily waives any right to move to dismiss the Complaint in the above action based on a violation of the 30-day limit which includes the period which the parties agree should be excluded.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

ROBERT B. MANN, ESQ. DATE